# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **KRISTEN LECHELLE WELCH** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 2:24-cv-00479- RSP** |
| **v.** | § | |
| | § | **JURY** |
| | § | |
| **STEADY FLEET LOGISTICS** | § | |
| **AND BHAVDIP GORDHAN** | § | |
| **BHAYANI** | § | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.     Plaintiff is Kristen Lechelle Welch ("Plaintiff"). Defendants are Steady Fleet Logistics and Bhavdip Gorhdan Bhayani ("Defendants").

2.     On May 28, 2024, Plaintiff filed this lawsuit against Defendants in the 71st Judicial District Court in Harrison County, Texas. On July 2, 2024, Defendant, Bhavdip Gorhdan Bhayani, removed this lawsuit to this Honorable Federal Court.

3.     Plaintiff moves to dismiss this lawsuit.

4.     Defendants Steady Fleet Logistics and Bhavdip Gorhdan Bhayani, who have served an answer to this lawsuit, agree to the dismissal.

5.     This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. A receiver has not been appointed in this case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted,

GOUDARZI & YOUNG, L.L.P.
3522 Fourth Street
Longview, Texas 75605
Telephone: (903) 843-2544
Facsimile: (903) 843-2026

By: */s/Brent Goudarzi*
Brent Goudarzi
State Bar No. 00798218
Marty Young
State Bar No. 24010502
goudarziyoung@goudarzi-young.com
**ATTORNEYS FOR PLAINTIFF**

By: */s/ Ross Caughran Miracle* (with permission)
**DAVID L. SARGENT**
State Bar No. 17648700
**david.sargent@sargentlawtx.com**
**ROSS CAUGHRAN MIRACLE**
State Bar No. 24070283
**ross.miracle@sargentlawtx.com**
**SARGENT LAW, P.C.**
1717 Main Street, Suite 4750
Dallas, Texas 75201
Telephone: (214) 749-6000
Facsimile: (214) 749-6100
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on January 5, 2026, the foregoing Stipulation of Dismissal was electronically filed, as required by the United States District Court for the Eastern District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document to all counsel of record who are indicated to be registered ECF filers in the United States District Court for the Eastern District of Texas.

*/s/ Brent Goudarzi*
Brent Goudarzi